UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                      Case No:  2:14-cv-511-FtM-38CM

MARK DANFORD,

        Defendant.
                                      /

### **ORDER[1]**

      This matter comes before the Court on Plaintiff Malibu Media, LLC's Response to Court's Order to Show Cause (Doc. #22) filed on April 23, 2015. On April 16, 2015, the Court issued an Order to Show Cause because Malibu Media failed to timely move for a final default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 1.07(b). (Doc. #19). Since then, Malibu Media filed its Motion for Default Judgment against Defendant Mark Danford, along with an accompanying memorandum. (Doc. #20; Doc. #21). Malibu Media apologizes for its delay. Malibu Media further contends greater justice would be served by awarding a default judgment than dismissing this case for failure to prosecute because Danford is a serial infringer of Malibu Media's copyrighted movies. Upon review, the Court finds good cause to extend the deadline to file a default judgment motion. See M.D. Fla. Local Rule 1.07 ("such time may be

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

extended by order of the Court on reasonable application with good cause shown."). As a result, the Court finds no further action is needed in relation to the Court's April 16, 2015, Order to Show Cause.

      **DONE** and **ORDERED** in Fort Myers, Florida this 24th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2